LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Jacob Barr, Jacob Castile,*
*Caylor Marin, Steven McIntyre, and*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYEN MONROE, individually,<br><br>          Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LVMPD Officer C. Marin; LVMPD Officer Castile; LVMPD Officer McIntyre, LVMPD Officer Barr; and DOE OFFICERS I - XX,<br><br>          Defendants. | Case No.:   2:25-cv-00002-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE ON SUBMISSION OF PROPOSED DISCOVERY PLAN** |

Defendants Las Vegas Metropolitan Police Department, Jacob Bar, Jacob Castile, Caylor Marin and Steven McIntyre ("LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Plaintiff, Ryen Monroe ("Monroe"), by and through his counsel, Stephen Stubbs, hereby request that the current deadline for the parties to submit a proposed discovery plan be

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3934980_1.docx  6943.325

Page 1 of 2

extended for an additional thirty (30) days so the parties can attempt to resolve this matter.

The LVMPD Defendants filed their Answer to the Complaint on January 27, 2025. [ECF No. 10]. LR 26-1(a) requires that the parties hold a Rule 26 meet and confer conference within thirty (30) days of filing an Answer and then a Proposed Discovery Plan and Scheduling Order is within fourteen (14) days. The current deadline for the parties to submit a Proposed Discovery Plan is March 13, 2025. The parties have been discussing possible resolution of the matter and as such, request an extension until April 13, 2025 to submit the Proposed Discovery Plan and Scheduling Order.

Dated this 25th day of February, 2025.        Dated this 25th day of February, 2025.

KAEMPFER CROWELL

/s/ Lyssa S. Anderson                          /s/ Stephen Stubbs

LYSSA S. ANDERSON (5781)                       STEPHEN P. STUBBS (10449)
KRISTOPHER J. KALKOWSKI (14892)                411 Winter Dove Ave.
TRAVIS C. STUDDARD (16454)                     Henderson, NV 89011
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135                        *Attorney for Plaintiff*

*Attorneys for Defendants*
*Jacob Barr, Jacob Castile,*
*Caylor Marin, Steven McIntyre, and*
*Las Vegas Metropolitan Police Department*

**ORDER**

IT IS SO ORDERED.
Dated: February 26, 2025

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE