LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Jacob Barr, Jacob Castile,*
*Caylor Marin, Steven McIntyre, and*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYEN MONROE, individually,<br><br>             Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LVMPD Officer C. Marin; LVMPD Officer Castile; LVMPD Officer McIntyre, LVMPD Officer Barr; and DOE OFFICERS I - XX,<br><br>             Defendants. | Case No.:   2:25-cv-00002-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendants Las Vegas Metropolitan Police Department, Jacob Bar, Jacob Castile, Caylor Marin and Steven McIntyre ("LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Plaintiff, Ryen Monroe ("Monroe"), by and through his counsel, Stephen Stubbs, stipulate and agree that all of Plaintiff's claims in this matter are hereby dismissed with

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3964881_1.docx  6943.325

Page 1 of 2

1  prejudice, with each party to bear their own attorney fees and costs.

2  Dated this 1st day of May, 2025.                     Dated this 1st day of May, 2025.

3  KAEMPFER CROWELL

4  /s/ Lyssa S. Anderson                                /s/ Stephen P. Stubbs

5  LYSSA S. ANDERSON (5781)                             STEPHEN P. STUBBS (10449)
   KRISTOPHER J. KALKOWSKI (14892)                      411 Winter Dove Ave.
6  TRAVIS C. STUDDARD (16454)                           Henderson, NV  89011
   1980 Festival Plaza Drive, Suite 650
7  Las Vegas, Nevada  89135                             *Attorney for Plaintiff*

8  *Attorneys for Defendants*
   *Jacob Barr, Jacob Castile,*
9  *Caylor Marin, Steven McIntyre, and*
   *Las Vegas Metropolitan Police Department*

10

11                                        **ORDER**

12        IT IS SO ORDERED.

13

14  _____
    UNITED STATED DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3964881_1.docx  6943.325

Page 2 of 2